# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1341          **Short Title:** Starling v. AT&T Services, Inc.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

AT&T Services, Inc. _____ as the

[✔] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Alexandra Arnold
Signature

April 26, 2024
Date

Alexandra Arnold
Name

Cloherty & Steinberg LLP
Firm Name (if applicable)

617-481-0160
Telephone Number

One Financial Center, Suite 1120
Address

_____
Fax Number

Boston, MA 02111
City, State, Zip Code

aarnold@clohertysteinberg.com
Email (required)

Court of Appeals Bar Number: 1205706

Has this case or any related case previously been on appeal?

[✔] No          [ ] Yes   Court of Appeals No. _____

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).