# United States Court of Appeals
## For the First Circuit

No. 24-1341

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

Plaintiff - Appellee,

v.

AT&T SERVICES, INC.,

Defendant - Appellant,

ONPROCESS TECHNOLOGY, INC.,

Defendant.

**NOTICE**

Issued: May 1, 2024

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After May 20, 2024, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Andrew E. Henry
Jonathan J. Lucido
Jennifer W. Weller
Timothy Dylan Hartsook
Chris R. Miltenberger
John P. Jett

Ava J. Conger
Jeffrey H. Fisher

                              Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Antonio Lopez-Blanco - (617) 748-9060

cc:
Alexandra Arnold
Adam Howard Charnes
Daniel J. Cloherty
Ava J. Conger
Jeffrey H. Fisher
Aaron A. Fredericks
Timothy Dylan Hartsook
Andrew E. Henry
John P. Jett
Jonathan J. Lucido
Chris R. Miltenberger
Max S. Morgan
Victoria L. Steinberg
Jennifer W. Weller