# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name  STARLING v. AT&T SERVICES, INC., et al.

District Court Case No.  1:23-cv-10949-JEK          District of Massachusetts

Date Notice of Appeal filed  04/08/2024          Court of Appeals Case No.  24-1341

Form filed on behalf of  AT&T SERVICES, INC.

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal  _____

Transcript Already Filed in District Court.  List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary)  _____

## TRANSCRIPT ORDER

Name of Court Reporter  Jessica Leonard

Phone Number of Reporter  857-919-3503

A.  ✔  **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify ) _____ | |
| ☒ Other (specify) motion to stay action pen | 03/21/2024 |

NOTE:  Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B.  ✔  **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☒ Private funds.

☐ Government expense (civil case).  IFP status has been granted and a motion for transcript at government expense has been allowed.  (Attach a copy of the order to each copy of this order form.)

☐ Criminal Justice Act.  A CJA Form 24  has been approved by the district court judge.

☐ Criminal Justice Act.  A CJA Form 24 is attached for authorization by the court of appeals.

☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name  Daniel J. Cloherty          Filer's Signature  /s/ Daniel J. Cloherty

Firm/Address  One Financial Center, Suite 1120, Boston,          Filer's Email address  dcloherty@clohertysteinberg.com

Telephone number  617-481-0160          Date mailed to court reporter  April 26, 2024

(Court Reporter Use ONLY) Date received  _____

Form CA1-10 (6/09/09)                                        **SEE INSTRUCTIONS ON REVERSE**