# United States Court of Appeals
## For the First Circuit

No. 24-1341

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

Plaintiff - Appellee,

v.

AT&T SERVICES, INC.,

Defendant - Appellant,

ONPROCESS TECHNOLOGY, INC.,

Defendant.

---

**NOTICE**

Issued: May 23, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Andrew E. Henry
Jonathan J. Lucido
Jennifer W. Weller
Timothy Dylan Hartsook
Chris R. Miltenberger
John P. Jett
Ava J. Conger
Jeffrey H. Fisher

The following attorneys will continue to receive notice in this case:

Alexandra Arnold
Adam Howard Charnes

Daniel J. Cloherty
Aaron A. Fredericks
Max S. Morgan
Victoria L. Steinberg

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                      Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Antonio Lopez-Blanco - (617) 748-9060


cc:
Alexandra Arnold
Adam Howard Charnes
Daniel J. Cloherty
Ava J. Conger
Jeffrey H. Fisher
Aaron A. Fredericks
Timothy Dylan Hartsook
Andrew E. Henry
John P. Jett
Jonathan J. Lucido
Chris R. Miltenberger
Max S. Morgan
Victoria L. Steinberg
Jennifer W. Weller