# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 24-1341        **Short Title:** Starling v AT&T Services, Inc

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>Kimberly Starling</u> as the

[ ] appellant(s)    [✔] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ Chris R. Miltenberger</u>    <u>5-31-2024</u>
Signature                         Date

<u>Chris R. Miltenberger</u>
Name

<u>Law Office of Chris R. Miltenberger, PLLC</u>    <u>817-416-5060</u>
Firm Name (if applicable)                         Telephone Number

<u>1360 N. White Chapel, Suite 200</u>    <u>817-416-5062</u>
Address                                            Fax Number

<u>Southlake, Texas 76092</u>    <u>chris@crmlawpractice.com</u>
City, State, Zip Code              Email (required)

Court of Appeals Bar Number: <u>1212154</u>

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes    Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).