No. 24-1341

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

*Plaintiff-Appellee*,

*v.*

AT&T SERVICES, INC.,

*Defendant-Appellant*,

ONPROCESS TECHNOLOGY, INC.,

*Defendant*.

Appeal from the United States District Court
for the District of Massachusetts

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

DANIEL J. CLOHERTY
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160

ADAM H. CHARNES
KILPATRICK TOWNSEND & STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
(214) 922-7106

***Counsel for Appellant AT&T Services, Inc.***

# CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Appellate Procedure 26.1, Appellant AT&T Services, Inc., provides the following disclosures:

1.  AT&T Services, Inc., a Delaware corporation, is a wholly owned subsidiary of AT&T Inc. AT&T Services, Inc., is not a publicly traded company.

2.  AT&T Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange. To the best of AT&T Inc.'s knowledge, there is no one person or group that owns 10% or more of AT&T Inc.'s stock. AT&T Inc. has no parent corporation.

Dated: August 13, 2024

Respectfully submitted,

*/s/ Adam H. Charnes*

| | |
|---|---|
| DANIEL J. CLOHERTY | ADAM H. CHARNES |
| CLOHERTY & STEINBERG LLP | KILPATRICK TOWNSEND |
| One Financial Center | & STOCKTON LLP |
| Suite 1120 | 2001 Ross Avenue |
| Boston, MA 02111 | Suite 4400 |
| (617) 481-0160 | Dallas, Texas 75201 |
| dcloherty@clohertysteinberg.com | (214) 922-7106 |
| | acharnes@ktslaw.com |

*Counsel for AT&T Services, Inc.*

## APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX

In accordance with Federal Rule of Appellate Procedure 27, Defendant-Appellant AT&T Services, Inc. ("AT&T"), respectfully moves for a 30-day extension of the deadline to file its opening brief and appendix, from August 19, 2024, to September 18, 2024. In support of this motion, AT&T states as follows:

1. On July 9, 2024, this Court set a briefing schedule directing AT&T to file its opening brief and appendix by August 19, 2024.

2. Also on July 9, the Honorable Patrick J. King conducted a settlement conference between Plaintiff-Appellee Kimberly Starling, Defendant OnProcess Technology, Inc., and AT&T.

3. The parties have reached a tentative settlement agreement and are actively negotiating the final terms.

4. An extension of the deadline for AT&T's opening brief and appendix will enable the parties to continue meaningful settlement discussions and progress towards a final agreement that moots AT&T's appeal.

WHEREFORE, AT&T respectfully requests a 30-day extension of the deadline to file its opening brief and appendix, from August 19, 2024, to September 18, 2024. Counsel for AT&T has conferred with counsel for Plaintiff-Appellee and confirmed that Plaintiff does not oppose the relief requested in this Motion.

Respectfully submitted this 13th day of August, 2024.

|  |  |
|---|---|
| DANIEL J. CLOHERTY<br>CLOHERTY & STEINBERG LLP<br>One Financial Center<br>Suite 1120<br>Boston, MA 02111<br>(617) 481-0160<br>dcloherty@clohertysteinberg.com | */s/ Adam H. Charnes*<br>ADAM H. CHARNES<br>KILPATRICK TOWNSEND<br> & STOCKTON LLP<br>2001 Ross Avenue<br>Suite 4400<br>Dallas, Texas 75201<br>(214) 922-7106<br>acharnes@ktslaw.com |

*Counsel for AT&T Services, Inc.*

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 189 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using MS Word 2016 in Century Schoolbook 14-point font.

Dated: August 13, 2024

*/s/ Adam H. Charnes*
ADAM H. CHARNES

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2024, I electronically filed **APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF AND APPENDIX** with the Clerk of Court using the CM/ECF System. Counsel for all parties are registered CM/ECF users and will be served with the foregoing document by the Court's CM/ECF System.

*/s/ Adam H. Charnes*
ADAM H. CHARNES
