# United States Court of Appeals
## For the First Circuit

No. 24-1341

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

Plaintiff - Appellee,

v.

AT&T SERVICES, INC.,

Defendant - Appellant,

ONPROCESS TECHNOLOGY, INC.,

Defendant.

**ORDER OF COURT**

Entered: August 19, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant AT&T Services, Inc to file a brief and appendix be enlarged to and including **September 18, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexandra Arnold
Adam Howard Charnes
Daniel J. Cloherty
Aaron A. Fredericks
Chris R. Miltenberger
Max S. Morgan
Victoria L. Steinberg