No. 24-1341

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

*Plaintiff-Appellee*,

*v.*

AT&T SERVICES, INC.,

*Defendant-Appellant*,

ONPROCESS TECHNOLOGY, INC.,

*Defendant.*

Appeal from the United States District Court for the District of Massachusetts

## JOINT NOTICE OF STIPULATED DISMISSAL

ADAM H. CHARNES
KILPATRICK TOWNSEND &
  STOCKTON LLP
2001 Ross Avenue, Suite 4400
Dallas, TX 75201
(214) 922-7106

DANIEL J. CLOHERTY
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
(617) 481-0160

*Counsel for Appellant*
*AT&T Services, Inc.*

MAX S. MORGAN
WEITZ FIRM LLC
1515 Market Street, Suite 1100
Philadelphia, PA 19102
(267) 587-6240

CHRIS R. MILTENBERGER
LAW OFFICE OF CHRIS R.
  MILTENBERGER PLLC
1360 N White Chapel, Suite 200
Southlake, TX 76092
(817) 416-5060

*Counsel for Appellee*
*Kimberly Starling*

## JOINT NOTICE OF STIPULATED DISMISSAL

In accordance with Federal Rule of Appellate Procedure 42(b)(1), Appellant AT&T Services, Inc. ("AT&T"), and Appellee Kimberly Starling ("Starling") submit this Joint Notice of Stipulated Dismissal to dismiss AT&T's pending appeal. All court fees have been paid, and each party agrees to pay its own costs on appeal.

WHEREFORE, Appellant AT&T and Appellee Starling request that the Circuit Clerk dismiss AT&T's pending appeal.

Respectfully submitted this 16th day of September, 2024.

| | |
|---|---|
| */s/ Adam H. Charnes* | */s/Max S. Morgan* |
| ADAM H. CHARNES | MAX S. MORGAN |
| KILPATRICK TOWNSEND & STOCKTON LLP | WEITZ FIRM LLC |
| 2001 Ross Avenue, Suite 4400 | 1515 Market Street, Suite 1100 |
| Dallas, Texas 75201 | Philadelphia, PA 19102 |
| (214) 922-7106 | (267) 587-6240 |
| acharnes@ktslaw.com | max.morgan@theweitzfirm.com |
| | |
| | CHRIS R. MILTENBERGER |
| DANIEL J. CLOHERTY | LAW OFFICE OF CHRIS R. MILTENBERGER PLLC |
| CLOHERTY & STEINBERG LLP | |
| One Financial Center, Suite 1120 | 1360 N White Chapel, Suite 200 |
| Boston, MA 02111 | Southlake, TX 76092 |
| (617) 481-0160 | (817) 416-5060 |
| dcloherty@clohertysteinberg.com | chris@crmlawpractice.com |
| | |
| *Counsel for Appellant* | *Counsel for Appellee* |
| *AT&T Services, Inc.* | *Kimberly Starling* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2024, I electronically filed the foregoing **JOINT NOTICE OF STIPULATED DISMISSAL** with the Clerk of Court using the Court's CM/ECF System. Counsel for all parties are registered CM/ECF users and will be served by the Court's CM/ECF System.

*/s/ Adam H. Charnes*
ADAM H. CHARNES
