# United States Court of Appeals
## For the First Circuit

_____

No. 24-1341

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

Plaintiff - Appellee,

v.

AT&T SERVICES, INC.,

Defendant - Appellant,

ONPROCESS TECHNOLOGY, INC.,

Defendant.

_____

**JUDGMENT**

Entered: September 19, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.


By the Court:

Maria R. Hamilton, Clerk


cc:
Chris R. Miltenberger
Max S. Morgan
Aaron A. Fredericks
Daniel J. Cloherty
Adam Howard Charnes
Victoria L. Steinberg
Alexandra Arnold