# United States Court of Appeals
## For the First Circuit

No. 24-1341

KIMBERLY STARLING, on behalf of herself and all others similarly situated,

Plaintiff - Appellee,

v.

AT&T SERVICES, INC.,

Defendant - Appellant,

ONPROCESS TECHNOLOGY, INC.,

Defendant.

**MANDATE**

Entered: September 19, 2024

In accordance with the judgment of September 19, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexandra Arnold
Adam Howard Charnes
Daniel J. Cloherty
Aaron A. Fredericks
Chris R. Miltenberger
Max S. Morgan
Victoria L. Steinberg